**Amor Medina Del ROSARIO; Elvie Canlas Del Rosario, Plaintiffs-Appellants,**

v.

**WELLS FARGO BANK, N.A., as Trustee FOR the MERRILL LYNCH MORTGAGE INVESTORS TRUST, SERIES 2006-F1.; PNC Mortgage, Inc., FKA National City Mortgage Company, Defendants-Appellees.**

**No. 17-56466**

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted February 13, 2018 *

Filed March 1, 2018

Amor Medina Del Rosario, Pro Se

Elvie Canlas Del Rosario, Pro Se

David M. Chute, Attorney, Wolfe & Wyman LLP, Irvine, CA, for Defendants-Appellees

Before: LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

### MEMORANDUM **

Amor Medina Del Rosario and Elvie Canlas Del Rosario appeal pro se from the district court's order denying their motion to vacate its judgment dismissing their diversity action alleging claims related to their mortgage. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Sch. Dist. No. 1J, Multnomah Cty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993). We affirm.

The district court did not did not abuse its discretion by denying appellants' motion to vacate because appellants failed to establish any basis for relief. *See id.* at 1263 (grounds for reconsideration under Federal Rule of Civil Procedure 60(b)).

We do not consider arguments raised for the first time on appeal or matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v.*

---

*Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.